# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK KALLING, | Case No. 2:17-cv-02592-JCM-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| CANNERY CASINO RESORTS, LLC, | |
| Defendant(s). | |

Defendant was required to respond to the complaint by December 12, 2017, Docket No. 8, but has not done so. Plaintiff shall file either a motion for entry of default or a status report by January 11, 2018, unless Defendant has responded to the complaint by that date.

IT IS SO ORDERED.

DATED: January 4, 2018

_____
Nancy J. Koppe
United States Magistrate Judge