KAEMPFER CROWELL
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: jjamison@kcnvlaw.com

Attorneys for Defendant Cannery
Casino Resorts, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK KALLING, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNERY CASINO RESORTS, LLC (d/b/a Cannery Casino Hotel)(d/b/a Cannery Casino & Hotel); and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02592-JCM-NJK<br><br>**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY STAY CASE** |

The parties jointly submit this status report in response to the Court's January 4, 2018 Order (Dkt. No. 9). For the reasons explained below, the parties stipulate to temporarily stay this case in its entirety, including all pleading and discovery deadlines, for 90 days pending the United States Court of Appeals for the Ninth Circuit's issuance of a decision in *Noble v. Nevada Checker Cab Corporation,* (D. Nev. Case No. 2:15-cv-02322-RCJ-VCF; 9th Cir. Case No. 16-16573. The parties make this stipulation on the following grounds:

1. Both this case and the *Noble* case involve the same cause of action, brought as class actions under Fed. R. Civ. P. 23, asserting that defendants violated the Fair and

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2088464_1.docx  17713.3

Page 1 of 3

Accurate Credit Transactions Act ("FACTA") by displaying on credit/debit card receipts, more information than is allowable under FACTA.

2. One of the common issues in FACTA cases in federal courts is the question of subject-matter jurisdiction under Article III of the United States Constitution. This issue is currently being litigated in many jurisdictions, including the District of Nevada.

3. The *Noble* case and this case both involve the issue of Article III standing.

4. The *Noble* case is currently on appeal to the United States Court of Appeals for the Ninth Circuit, has been fully briefed, and the Ninth Circuit heard oral argument on the appeal on November 17, 2017.

5. Counsel for both the plaintiff and defendant in this case are also counsel in the *Nobel* case, and anticipate a decision from the Ninth Circuit in the coming months.

6. Counsel for both plaintiff and defendant agree that the Ninth Circuit's decision in *Nobel* will likely inform the law applicable to this case.

7. Although *Noble* involves some factual differences from this case, the Ninth Circuit's opinion may be dispositive to the issue of whether a federal court has Article III subject matter-jurisdiction, and because a decision in *Noble* by the Ninth Circuit is expected within months, the Court should stay this matter in the interim to promote efficiency and judicial economy.

8. Given this, counsel for both plaintiff and defendant agree that a temporary 90-day stay of this case pending a decision in *Nobel* will promote efficiency and reduce costs as contemplated by Fed. R. Civ. P. 1.

9. If the Court approves this stipulation, the parties will file a status report in 90 days from the date of the Court's Order or 15 days from the date the Ninth Circuit issues its opinion in *Noble*, whichever date occurs first.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2088464_1.docx  17713.3

Page 2 of 3

| | |
|---|---|
| DEMPSEY, ROBERTS & SMITH, LTD. | KAEMPFER CROWELL |
| By /s/ Kenneth M. Roberts<br>    Kenneth M. Roberts, No. 4729<br>    1130 Wigwam Parkway<br>    Henderson, Nevada 89074 | By /s/ Robert McCoy<br>    Robert McCoy, No. 9121<br>    Joni A. Jamison, No. 11614<br>    1980 Festival Plaza Drive<br>    Suite 650<br>    Las Vegas, Nevada 89135 |
| CHANT & COMPANY<br>A Professional Law Corporation | |
| By /s/ Chant Yedalian<br>    Chant Yedalian (*Pro Hac Vice*)<br>    1010 N. Central Ave.<br>    Glendale, CA 91202 | Attorneys for Defendant Cannery Casino Resorts, LLC |
| Attorneys for Plaintiff Mark Kalling | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 10, 2018

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2088464_1.docx   17713.3

Page 3 of 3