KAEMPFER CROWELL
Robert McCoy, No. 9121
Joni A. Jamison, No. 11614
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: jjamison@kcnvlaw.com

Attorneys Defendant Cannery Casino Resorts, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK KALLING, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CANNERY CASINO RESORTS, LLC (d/b/a) Cannery Casino Hotel)(d/b/a Cannery Casino & Hotel); and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02592-JCM-NJK<br><br>**JOINT STATUS REPORT** |

The parties jointly submit this status report in response to the Court's January 10, 2018 Order (Dkt. No. 12). For the reasons explained below, the parties stipulate to continue the stay currently in place, including all pleading and discovery deadlines, for an additional 30 days: The parties make this stipulation on the following grounds:

1. The parties originally sought this stay pending the United States Court of Appeals for the Ninth Circuit's issuance of a decision in *Noble v. Nevada Checker Cab Corporation*, (D. Nev. Case No. 2:15-cv-02322-RCJ-VCF; 9th Cir. Case No. 16-16573), which also involved the alleged violation of the Fair and Accurate Credit Transactions Act ("FACTA").

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2123978_1.docx  15757.3

Page 1 of 2

2. The United States Court of Appeals for the Ninth Circuit issued its unpublished decision in *Noble* on March 9, 2018.

3. Since the issuance of the unpublished *Noble* decision, the parties have met and conferred to determine how to proceed in this case. Among the issues the parties have discussed is a potential resolution of the claims asserted in this case.

4. Given this, counsel for both plaintiff and defendant agree that an additional 30-day stay of this case pending further meeting and conferring will promote efficiency and reduce costs as contemplated by Fed. R. Civ. P. 1.

5. If the Court approves this stipulation, the parties will file a status report in 30 days from the date of the Court's Order.

DEMPSEY, ROBERTS & SMITH, LTD.

By /s/ Kenneth M. Roberts
   Kenneth M. Roberts, No. 4729
   1130 Wigwam Parkway
   Henderson, Nevada 89074

CHANT & COMPANY
A Professional Law Corporation

By /s/ Chant Yedalian
   Chant Yedalian (*Pro Hac Vice*)
   1010 N. Central Ave.
   Glendale, CA 91202

   Attorneys for Plaintiff Mark Kalling

KAEMPFER CROWELL

By /s/ Robert McCoy
   Robert McCoy, No. 9121
   Joni A. Jamison, No. 11614
   1980 Festival Plaza Drive
   Suite 650
   Las Vegas, Nevada 89135

Attorneys for Defendant Cannery Casino Resorts, LLC

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: March 27, 2018

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2123978_1.docx 15757.3

Page 2 of 2