Chant Yedalian (*pro hac vice*)
CHANT & COMPANY
A Professional Law Corporation
1010 N. Central Ave. Glendale, CA 91202
Phone: 877.574.7100
Fax: 877.574.9411
Email: chant@chant.mobi

Kenneth M. Roberts
NV Bar No.: 4729
DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway, Henderson, NV 89074
Phone: 702.388.1216 Fax: 702.388.2514
Email: KenRoberts@drsltd.com

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK KALLING, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CANNERY CASINO RESORTS, LLC. (d/b/a Cannery Casino Hotel)(d/b/a Cannery Casino & Hotel); and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-02592-JCM-NJK <br><br> **JOINT STIPULATED MOTION AND ORDER ON BRIEFING SCHEDULE AND PAGE LIMITS REGARDING DEFENDANT'S MOTION TO DISMISS; SUPPORTING DECLARATION OF CHANT YEDALIAN** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties as follows:

1. The parties had previously agreed on a briefing schedule whereby Defendant would have until May 17, 2018 to file its motion to dismiss, Plaintiff would have until June 18, 2018 to file its opposition, and Defendant would have until July 2, 2018 to file its reply. The Court was previously notified of this agreement concerning a briefing schedule as part of a joint status report filed by the parties. Dkt. No. 15, at ¶ 3. This briefing schedule was not intended for the purpose of

any delay but was based on the respective availability, schedule and work demands of counsel for the parties.

2. Pursuant to the parties' agreed upon briefing schedule, Defendant filed its motion to dismiss on May 17, 2018.  Dkt. No. 17.

3. The parties respectfully seek an order adopting the remaining balance of the agreed upon briefing schedule, such that Plaintiff will have until June 18, 2018 to file its opposition to the motion to dismiss, and Defendant will have until July 2, 2018 to file its reply.

4. In addition, Plaintiff respectfully requests an order allowing him an additional 10 pages for his opposition.  Defendant's motion to dismiss raises three different purported grounds for dismissal (1) Article III standing, (2) the claim that there is no FACTA violation, and (3) the claim that if there is a violation, the violation was not willful.  Yedalian Decl. at ¶ 1.  Based upon Plaintiff's counsel's experience briefing like matters, Plaintiff's counsel believes Plaintiff will need the excess pages to adequately respond to each of the three different grounds raised by Defendant's motion to dismiss.  *Ibid.*  Had only one of these grounds been raised (instead of three), Plaintiff would have had 24 pages to respond to one ground.  *Ibid.*  Here, although three different grounds are raised, Plaintiff is *not* seeking to increase the page limit threefold but is instead only seeking an additional 10 pages (34 pages in total) to address all three different grounds raised by Defendant's motion.  *Ibid.*  Defendant does not have any objection to Plaintiff's request.  *Ibid.*  Likewise, Plaintiff does not oppose Defendant having an additional 5 pages for its reply, which Defendant deems sufficient.  *Ibid.*

5. IT IS THEREFORE STIPULATED AND AGREED that Plaintiff will have until June 18, 2018 to file its opposition to the motion to dismiss, and Defendant will have until July 2, 2018 to file its reply.

6. IT IS THEREFORE FURTHER STIPULATED AND AGREED that the page limitation for Plaintiff's opposition to the motion to dismiss will be enlarged from 24 to 34 pages, and Defendant's page limitation for its reply will be enlarged from 12 pages to 17 pages.

Dated this 25th day of May, 2018.

By: /s/ Chant Yedalian, Esq.
KENNETH M. ROBERTS, ESQ.
Nevada State Bar No. 4729
DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway
Henderson, NV 89074
Telephone: 702.388.1216
Facsimile: 702.388.2514
Email: kenroberts@drsltd.com
Local Counsel

And

CHANT YEDALIAN, ESQ. (*pro hac vice*)
CHANT & COMPANY
A Professional Law Corporation
1010 N. Central Ave.
Glendale, CA 91202
Telephone: 877.574.7100
Facsimile: 877.574.9411
Email: chant@chant.mobi
*Attorneys for Plaintiff*

By: /s/ Robert McCoy, Esq.
ROBERT MCCOY
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated: May 30, 2018

HON. JAMES C. MAHAN
United States Judge

## **DECLARATION OF CHANT YEDALIAN**

I, Chant Yedalian, declare as follows:

I am an attorney at law licensed to practice before all of the courts of the State of California and have been admitted *Pro Hac Vice* to practice before this Court in this case. I am one of the attorneys for the named Plaintiff Mark Kalling. As such, I have personal knowledge of, or am informed and believe, the following facts herein stated. If called as a witness, I could and would testify competently to the following:

1. I respectfully request an order allowing Plaintiff an additional 10 pages for his opposition to Defendant's motion to dismiss. Defendant's motion to dismiss raises three different purported grounds for dismissal (1) Article III standing, (2) the claim that there is no FACTA violation, and (3) the claim that if there is a violation, the violation was not willful. Based upon my experience briefing like matters, I believe Plaintiff will need the excess pages to adequately respond to each of the three different grounds raised by Defendant's motion to dismiss. Had only one of these grounds been raised (instead of three), Plaintiff would have had 24 pages to respond to one ground. Here, although three different grounds are raised, Plaintiff is *not* seeking to increase the page limit threefold but is instead only seeking an additional 10 pages (34 pages in total) to address all three different grounds raised by Defendant's motion. Defendant's counsel has informed me that Defendant does not have any objection to Plaintiff's request. Likewise, Plaintiff does not oppose Defendant having an additional 5 pages for its reply, which Defendant's counsel has advised it deems sufficient.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of May 2018.

        /s/ – Chant Yedalian  
        CHANT YEDALIAN  
        Declarant