Chant Yedalian (*pro hac vice*)
CHANT & COMPANY
A Professional Law Corporation
1010 N. Central Ave. Glendale, CA 91202
Phone: 877.574.7100
Fax: 877.574.9411
Email: chant@chant.mobi

Kenneth M. Roberts
NV Bar No.: 4729
DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway, Henderson, NV 89074
Phone: 702.388.1216 Fax: 702.388.2514
Email: KenRoberts@drsltd.com

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK KALLING, on behalf of himself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>CANNERY CASINO RESORTS, LLC. (d/b/a Cannery Casino Hotel)(d/b/a Cannery Casino & Hotel); and DOES 1 through 100, inclusive, )<br><br>Defendants. ) | Case No.: 2:17-cv-02592-JCM-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**[Fed. R. Civ. P. Rule 41(a)(1)(A)(i)]** |

**Dempsey, Roberts & Smith, Ltd.**
1130 Wigwam Parkway, Henderson, NV 89074
Tel 702-388-1216  Fax 702-388-2514  E-mail drsltd@drsltd.com

Plaintiff Mark Kalling hereby serves notice of his voluntary dismissal of his individual claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This dismissal is with prejudice as to Mr. Kalling's individual claims.

No class has been certified in this action.  The class allegations and any claims asserted on behalf of putative class members are dismissed without prejudice.

 "[A] notice of dismissal under Rule 41(a)(1)(A)(i) 'is effective immediately upon filing,'" and is effective "without a court order."  See Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012) quoting *Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990).

Dated this 15th day of June, 2018.

By:   /s/ Chant Yedalian
    KENNETH M. ROBERTS, ESQ.
    Nevada State Bar No. 4729
    DEMPSEY, ROBERTS & SMITH, LTD.
    1130 Wigwam Parkway
    Henderson, NV  89074
    Telephone: 702.388.1216
    Facsimile: 702.388.2514
    Email: kenroberts@drsltd.com
    Local Counsel

    And

    CHANT YEDALIAN, ESQ. (*pro hac vice*)
    CHANT & COMPANY
    A Professional Law Corporation
    1010 N. Central Ave.
    Glendale, CA 91202
    Telephone: 877.574.7100
    Facsimile: 877.574.9411
    Email: chant@chant.mobi
    *Attorneys for Plaintiff*

**Dempsey, Roberts & Smith, Ltd.**
1130 Wigwam Parkway, Henderson, NV 89074
Tel 702-388-1216  Fax 702-388-2514  E-mail drsltd@drsltd.com